# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK REIGHTLER,** | : No. 3:13cv3019 |
|     Plaintiff | : |
| | : (Judge Munley) |
| v. | : |
| | : |
| **MONMOUTH BIOPRODUCTS, LLC** | : |
| d/b/a **MONMOUTH BIOPRODUCTS,** | : |
| **Inc. and SEAN M. DUDDY,** | : |
|     Defendants | : |

## ORDER

**AND NOW**, to wit, this 3rd day of June 2014, it is hereby ordered as follows:

1) Defendant's motion to dismiss plaintiff's complaint (Doc. 6) is **DENIED**.

2) Defendant's motion to transfer (Doc. 14) is **GRANTED**.

3) The Clerk of Court is directed to transfer this case to the United States District Court for the District of New Jersey and close the case in this district.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**