IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK REIGHTLER,<br>　　　　Plaintiff | : | No. 3:13cv3019 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| MONMOUTH BIOPRODUCTS, LLC<br>d/b/a MONMOUTH BIOPRODUCTS,<br>Inc. and SEAN M. DUDDY,<br>　　　　Defendants | :<br>:<br>:<br>: | |

## ORDER

**AND NOW**, to wit, this 12th day of January 2015, pursuant to the Order and Judgment of the United States District Court for the District of New Jersey (Doc. 27), the Clerk of Court is directed to **REMAND** this case to the Court of Common Pleas of Carbon County, Pennsylvania for lack of subject-matter jurisdiction and to close the case in this court.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court